IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                                                              **No. 20-cv-1353 CG/SMV**

**$25,590 IN UNITED STATES CURRENCY,**

    **Defendant.**

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte.  The United States initiated this forfeiture action on December 28, 2020.  [Doc. 1].  It does not appear from the record that the United States has taken any action to pursue its claim in more than seven months or since February 24, 2021.[1] [Doc. 4].  Accordingly, the United States must file a status report on the record describing whether it intends to pursue this matter and, if so, what action it intends to take and when.  The status report must be filed no later than **November 1, 2021**.

    **IT IS SO ORDERED.**

                                                                            **STEPHAN M. VIDMAR**
                                                                            **United States Magistrate Judge**

---

[1] Although an Acknowledgment of Service was filed on May 14, 2021, the signatures on the document were from January 27, 2021.  [Doc. 5].