# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                           **No. 20-cv-1353 CG/SMV**

**$25,590 IN UNITED STATES CURRENCY,**

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court on its Order for Status Report [Doc. 6], filed on September 30, 2021. The United States was ordered to file a status report no later than November 1, 2021, but it has failed to do so. It appears that government has abandoned its claim. The United States must show cause no later than December 17, 2021, why its Complaint for Forfeiture *in rem* [Doc. 1] should not be dismissed.

This forfeiture action was initiated on December 28, 2020. [Doc. 1]. It does not appear from the record that the United States has taken any action to pursue its claim in nearly nine months or since February 24, 2021.[1] [Doc. 4]. Further, the United States failed to file a status report, as ordered by the Court, [Doc. 6]. Accordingly, the United States must show cause **no later than December 17, 2021**, why its Complaint for Forfeiture *in rem* [Doc. 1] should not be DISMISSED.

**IT IS SO ORDERED.**

                                                                               **STEPHAN M. VIDMAR**
                                                                               **United States Magistrate Judge**

---

[1] Although an Acknowledgment of Service was filed on May 14, 2021, the signatures on the document were from January 27, 2021. [Doc. 5]. Thus, the Notice of Publication, filed on February 24, 2021, is the latest action reflected on this record. [Doc. 4].